**Order entered June 29, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00161-CV

### IN THE INTEREST OF P.Z.F., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00558-X**

### ORDER

Before the Court is appellant's second motion to extend time for filing his brief. We **GRANT** the motion and **ORDER** the brief received June 27, 2021 filed as of the date of this order.

/s/    ERIN A. NOWELL
        JUSTICE